IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KEVIN YOUNG, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 17-4128 |
| | : | |
| MRS. ROSE, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 26th day of September, 2017, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* and his complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum. The dismissal is without prejudice to plaintiff refiling his claims in state court.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.